JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ANKUR MANDHANIA (State Bar No. 302373)
ankur.mandhania@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for THUMBTACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL RHOM, on behalf of himself and other similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>THUMBTACK, INC., a Delaware corporation and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 3:16-cv-02008-HSG<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Stipulation of the Parties, and for good cause, the Court hereby extends Plaintiff's deadline to oppose the Motion to Dismiss or amend the Complaint to and including June 23, 2016, and extends Defendant's deadline to reply in support of the Motion to and including July 7, 2016.

**IT IS SO ORDERED.**

DATED: June 20, 2016

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE