1  ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
2  ALEXANDRIA R. KACHADOORIAN, Cal. Bar No. 240601
alexandria@counselonegroup.com
3  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
4  COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
5  Beverly Hills, California 90210
Telephone: (310) 277-9945
6  Facsimile: (424) 277-3727
7

8  Attorneys for Plaintiff MICHAEL RHOM,
on behalf of himself and others similarly situated
9

[Additional parties and counsel on signature
10 page]

11

12                        UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15 | MICHAEL RHOM, on behalf of himself and    | Case No. 3:16-cv-02008-HSG
other similarly situated,
16 |                                            | **STIPULATION TO CONTINUE CASE
|                 Plaintiff,                 | MANAGEMENT CONFERENCE;
17 |                                            | [PROPOSED] ORDER**
|          vs.
18 |                                            | Judge:    Hon. Haywood S. Gilliam, Jr.
THUMBTACK, INC., a Delaware corporation
19 | and DOES 1 through 50, inclusive,
20 |                 Defendant.

21

22         Plaintiff MICHAEL RHOM, and Defendant THUMBTACK, INC., through their

23 respective counsel of record, and without admission of any kind, or waiver of any defense,

24 objection, or other response, hereby stipulate and agree as follows:

25         WHEREAS, Plaintiff filed his Complaint in the Superior Court of the State of

26 California in and for the County of San Francisco on March 22, 2016;

27         WHEREAS, Plaintiff served Defendant with the Summons and Complaint on April

28 11, 2016;

1    WHEREAS, Defendant removed this action to this Court on April 15, 2016;

2    WHEREAS, Defendant filed its Motion to Dismiss, Or, in the Alternative, Stay the

3    Complaint ("Motion") on June 2, 2016;

4    WHEREAS, Plaintiff filed his response in opposition to Defendant's Motion on

5    June 23, 2016;

6    WHEREAS, Defendant filed its reply in support of the Motion on July 7, 2016;

7    WHEREAS, the hearing on Defendant's Motion is set for August 4, 2016, at 2:00

8    p.m.;

9    WHERAS, the Case Management Conference is currently set for tomorrow, July

10   19, 2016, at 2:00 p.m.;

11   WHEREAS, the parties filed their Joint Case Management Statement on July 12,

12   2016, in compliance with the Court's Civil Standing Order [*see* ECF No. 24];

13   WHEREAS, Plaintiff's counsel on July 18, 2016 contacted Defendant's counsel

14   and requested a continuance of the Case Management Conference set for July 19, 2016, to August

15   4, 2016, at 2:00 p.m. to coincide with the hearing on the Motion;

16   WHEREAS, Defendant has agreed to Plaintiff's request;

17   WHEREAS, Local Civil Rule 6-2(a) permits the parties to "file a stipulation,

18   conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an

19   event or deadline already fixed by Court order[]";

20   WHEREAS, a continuance of the Case Management Conference to coincide with

21   the hearing on the Motion serves the interests of judicial economy by minimizing the expenditure

22   of the Court's and parties' time and costs, including travel costs;

23   WHEREAS the Court previously granted two time modifications in this case,

24   extending Defendant's time to respond to the Complaint from May 2, 2016 to June 2, 2016 [ECF

25   No. 11], and extending the parties' deadline to file a response in opposition to, and reply in

26   support of, the Motion [ECF No. 15];

27   WHEREAS, granting the requested time modification will not adversely affect the

28   schedule for this case because the parties have already conducted their Rule 26(f) conference [*see*

-2-                                                      3:16-cv-02008-HSG
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1  ECF No. 24] and ADR phone conference [ECF No. 23] and have begun discovery;

2         NOW THEREFORE, Plaintiff and Defendant, through their counsel of record,

3  stipulate to the following:

4         IT IS HEREBY STIPULATED that the Case Management Conference currently

5  scheduled for July 19, 2016 at 2:00 p.m. shall be continued to August 4, 2016 at 2:00 p.m. to

6  coincide with the hearing on the Motion.

7

8  DATED:  July 18, 2016                    COUNSELONE, PC
                                            ANTHONY J. ORSHANSKY
9                                           ALEXANDRIA R. KACHADOORIAN
                                            JUSTIN KACHADOORIAN
10

11                                 By:   */s/ Anthony J. Orshansky*
                                            ANTHONY J. ORSHANSKY
12                                          Attorneys for Plaintiff MICHAEL RHOM

13

14  DATED:  July 18, 2016                   MUNGER, TOLLES & OLSON LLP
                                            JONATHAN H. BLAVIN
15                                          ANKUR MANDHANIA

16

17                                 By:   */s/ Jonathan H. Blavin*
                                            JONATHAN H. BLAVIN
18                                          Attorneys for THUMBTACK, INC.

19

20                          **ECF ATTESTATION**

21         I, Anthony J. Orshansky, am the ECF User whose ID and password are being used

22  to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the above

23  defense counsel has concurred in and authorized this filing, and I shall maintain records to support

24  this concurrence for subsequent production for the Court if so ordered or for inspection upon

25  request by a party.

26                                       */s/ Anthony J. Orshansky*
                                            Anthony J. Orshansky
27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1    [PROPOSED] ORDER

2         PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    

4    ___7/19/2016_____
     DATE                                                        n, Jr.

5                                                                RICT COURT

6    _____

7

8

DENIED

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER