ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff MICHAEL RHOM, individually and on behalf of all others similarly situated


JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ANKUR MANDHANIA (State Bar No. 302373)
ankur.mandhania@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for THUMBTACK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHAEL RHOM, on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THUMBTACK, INC., a Delaware corporation and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 4:16-cv-02008-HSG<br><br>**FINAL JUDGMENT**<br><br>JUDGE: HAYWOOD S. GILLIAM, JR.<br>LOCATION: COURTROOM 2, 4TH FLOOR |

1        The Court having entered on October 17, 2017 an Order Granting Motion for Final Approval approving the Settlement between Plaintiff Michael Rhom, individually and in his representative capacity, and Defendant Thumbtack, Inc. ("Thumbtack," and, collectively with Plaintiff, the "Parties"), it is hereby ORDERED, ADJUDGED, and DECREED that:

       1. Judgment is hereby entered in this case in accordance with the Court's October 17, 2017 Order Granting the Motion for Final Approval as to all Released Claims against Thumbtack in this Action.

       2. The above-captioned Action is DISMISSED in its entirety with prejudice.

       3. The Parties shall take all actions required of them by the Final Approval Order and the Settlement Agreement.

       4. Except as otherwise provided in this Order and in the order awarding attorneys' fees and expenses to Class Counsel, granting an incentive award to the Class Representative and approving the plan of allocation and distribution, the Parties will bear their own attorneys' fees, costs and expenses.

       5. Without affecting the finality of the judgment hereby entered, the Court reserves jurisdiction over the implementation of the Settlement, including enforcement and administration of the Settlement Agreement, including any releases in connection therewith, and any other matters related or ancillary to the foregoing.

       6. This document constitutes a final judgment pursuant to Federal Rule of Civil Procedure 54 and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated: October 25, 2017        By: *Haywood S. Gilliam Jr.*
                                                               HON. HAYWOOD S. GILLIAM, JR.
                                                               UNITED STATES DISTRICT COURT